IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:16-cv-01274 (AJT/IDD) |
| JOHN DOE, subscriber assigned IP address 96.255.70.24, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

This MATTER is before the Court on Plaintiff's Motion for Leave to Serve a Third Party Subpoena Prior to a Rule 26(f) Conference [Dkt. No. 4]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion, it is hereby

**ORDERED** that the Motion is **GRANTED**.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 11th day of October 2016.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia